|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JUL 27 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CYRIL NNADOZIE OKOLI,

    Petitioner,

 v.

WILLIAM P. BARR, Attorney General,

    Respondent.

No. 20-71697

Agency No. A204-400-602

ORDER

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

The immigration judge completed petitioner's removal proceedings in Boston, Massachusetts. This petition for review was therefore improperly filed in this Circuit. *See* 8 U.S.C. § 1252(b)(2). Because petitioner has filed a petition for review in the United States Court of Appeals for the First Circuit, we decline to transfer this duplicative petition. Accordingly, the government's motion to dismiss the petition (Docket Entry No. 14) is granted.

All other pending motions are denied as moot. The temporary stay of removal is lifted.

**DISMISSED.**

SLL/MOATT